

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA

v.

LUIS GARCIA (1-92)
MARIELA JUAREZ-FARFAN (1)

INDICTMENT

NO. 3:25-CR-131-DJH

18 U.S.C. § 371
18 U.S.C. § 554
18 U.S.C. § 922(a)(1)(A)
18 U.S.C. § 922(a)(6)
18 U.S.C. § 923(a)
18 U.S.C. § 924(a)(1)(D)
18 U.S.C. § 924(a)(2)
18 U.S.C. § 924(d)
18 U.S.C. § 934
18 U.S.C. § 981(a)(1)(C)
28 U.S.C. § 2461

The Grand Jury charges:

## GENERAL ALLEGATIONS

At all times relevant to this Indictment, unless otherwise specified:

### The Defendants

1.      The defendant **LUIS GARCIA** was a citizen of the United States, and a resident of Shelbyville, Kentucky.

2.      The defendant **MARIELA JUAREZ-FARFAN** was a citizen of the United States, and a resident of Shelbyville, Kentucky.

### Licensing Requirements and Status

3.      At no time did the defendants, **LUIS GARCIA** and **MARIELA JUAREZ-FARFAN,** or any co-conspirator of the charges set forth in this Indictment, apply for, receive, or

possess a license or authorization from the Department of Commerce ("DOC") to export firearms, including but not limited to the firearms identified in Paragraph 9, from the United States to Honduras.

**COUNT 1**
*(Conspiracy)*

4.    Paragraphs 1 through 3 are incorporated herein by reference.

5.    From at least on or about April 8, 2021, and through at least on or about January 12, 2024, the exact dates being unknown to the Grand Jury, in the Western District of Kentucky, Jefferson County, and elsewhere, the defendants, **LUIS GARCIA** and **MARIELA JUAREZ-FARFAN**, and others known and unknown to the Grand Jury, did knowingly combine, conspire, confederate, and agree together and with each other to commit offenses against the United States, that is to engage in the business of dealing in firearms without a license, and in the course of such business, to ship, transport, and receive firearms in interstate and foreign commerce, in violation of Title 18, United States Code, Section 922(a)(1)(A).

**OBJECTS OF THE CONSPIRACY**

6.    It was the object of the conspiracy to:

  a.   obtain firearms by means of false and fictitious statements;

  b.   engage in the business of dealing in firearms without a license; and

  c.   obtain money and profit by illegally dealing in firearms without a license and exporting firearms from the United States to Honduras.

**MANNER AND MEANS**

7.    The manner and means by which the conspiracy was carried out included, among others, the following:

2

a. From at least April 8, 2021, through at least December 19, 2023, **LUIS GARCIA**, purchased firearms from Federal Firearm Licensees in Hardin, Jefferson, and Nelson Counties, Kentucky.

b. Upon or prior to **LUIS GARCIA**'s shipping of the firearms, he received payment for the firearms he was shipping.

c. **LUIS GARCIA** and others, would and did package the firearms, conceal them inside boxes, and transport the boxes (containing the concealed firearms) from Shelbyville, Kentucky to Nashville, Tennessee.

d. A co-conspirator then provided the firearms from the boxes to individuals in Nashville, Tennessee to ship the firearms in a shipping container to a co-conspirator in Honduras, who would then coordinate the distribution of the firearms.

## OVERT ACTS

8.    In furtherance of the conspiracy, and to accomplish the objects thereof, one or more members of the conspiracy committed and caused to be committed the following overt acts, among others, in the Western District of Kentucky, Hardin, Jefferson, and Nelson Counties, and elsewhere:

a. Between on or about April 8, 2021, and on or about December 19, 2023, **LUIS GARCIA** purchased firearms from Federal Firearm Licensees in Hardin, Jefferson, and Nelson Counties, Kentucky by falsely and fraudulently representing that he was the actual purchaser of the firearm or firearms, to wit the following firearms:

| Date Purchased | Make | Model | Caliber | Type | Serial Number |
|---|---|---|---|---|---|
| 4/8/2021 | Maverick Arms | 88 | 12 Gauge | Shotgun | MV0633754 |
| 5/16/2021 | Kimber | Stainless LW | 45 | Pistol | K773076 |
| 11/13/2021 | CBC (Brazil) | RS22 | 0.22 | Rifle | 7CA249208P |
| 11/21/2021 | Glock | 17GEN5 | 9 | Pistol | BPFP267 |

| 11/22/2021 | Glock | 17GEN5 | 9 | Pistol | BUAE017 |
|---|---|---|---|---|---|
| 12/8/2021 | Glock | 17 | 9 | Pistol | AGFY851 |
| 12/8/2021 | Glock | 17 | 9 | Pistol | BUXW186 |
| 12/10/2021 | Glock | 19 Gen 3 | 9 | Pistol | BVGX750 |
| 12/24/2021 | Glock | 19 | 9 | Pistol | BUNW925 |
| 12/30/2021 | Girsan | Regard MC | 9 | Pistol | T6368-21A17564 |
| 12/30/2021 | Glock | 19 | 9 | Pistol | BSKH786 |
| 12/30/2021 | FMK | AR-1 Extreme | 5.56 | Rifle | FMK51816 |
| 12/30/2021 | Glock | 19 | 9 | Pistol | BVCF889 |
| 12/31/2021 | Zastava | ZPAP92 | 762 | AK- Pistol | Z92-096983 |
| 1/4/2022 | Glock | 19 | 9 | Pistol | BPDN930 |
| 1/4/2022 | Glock | 19X | 9 | Pistol | BKRN479 |
| 1/4/2022 | Palmetto State Armory | PA-15 | 556 | Rifle | SCD203663 |
| 1/4/2022 | Glock | 17 | 9 | Pistol | BUNM460 |
| 1/4/2022 | Colt | 1911 | 45 | Pistol | 2751305 |
| 1/13/2022 | Glock | 19X | 9 | Pistol | AGGL011 |
| 1/13/2022 | Beretta | 92X Compact | 9 | Pistol | 92X0009498 |
| 1/29/2022 | Beretta | 92X | 9 | Pistol | 92X0010563 |
| 1/29/2022 | Beretta | 92x | 9 | Pistol | 92X0010593 |
| 2/17/2022 | Beretta | M9A3 | 9 | Pistol | M9-241322 |
| 3/4/2022 | Century Arms | M70AB2 | 762 | Rifle | AB2-C108350 |
| 4/8/2022 | Glock | 45 | 9 | Pistol | BKLY781 |
| 4/8/2022 | Glock | 19X | 9 | Pistol | BWSK966 |
| 4/30/2022 | Colt | Gold Cup | 38 | Pistol | GV030609 |
| 4/30/2022 | Girsan | Regard | 9 | Pistol | T6368-22A03484 |
| 5/1/2022 | Glock | 19X | 9 | Pistol | BWZN266 |
| 5/3/2022 | Glock | 19 | 9 | Pistol | BSKL816 |
| 5/11/2022 | Zastava | ZPAP92 | 762 | Pistol | Z92-101783 |
| 5/11/2022 | Glock | 17 | 9 | Pistol | BMKX387 |
| 5/25/2022 | Glock | 19X | 9 | Pistol | AGBX089 |
| 5/27/2022 | Izmash | Saiga | 5.45X39 | Rifle | H09884374L |
| 5/28/2022 | Shadow Systems | MR920 | 9 | Pistol | SSC082636 |
| 5/31/2022 | Century Arms | WASR | 5.45X39 | Rifle | WASR200270 |
| 6/19/2022 | Glock | 43X | 9 | Pistol | BXLD957 |
| 6/19/2022 | Glock | 45 | 9 | Pistol | BWMA578 |
| 6/25/2022 | Glock | 17 Gen 5 | 9 | Pistol | BTNB413 |
| 6/26/2022 | Glock | 43X | 9 | Pistol | BXBF499 |
| 6/27/2022 | Glock | 17GEN5 | 9 | Pistol | AFDG585 |
| 7/18/2022 | Glock | 43X | 9 | Pistol | BXLC025 |
| 7/27/2022 | Century Arms | Micro Draco | 762 | Pistol | 22PMD-32230 |

| 7/27/2022 | Century Arms | Micro Draco | 762 | Pistol | 22PMD-32110 |
|---|---|---|---|---|---|
| 8/2/2022 | Century Arms | Micro Draco | 7.62x29 | Pistol | 22PMD-31845 |
| 8/5/2022 | Zastava | ZPAP92 | 7.62x39 | Pistol | Z92-105040 |
| 8/19/2022 | Glock | 45 | 9 | Pistol | BUVT571 |
| 9/30/2022 | F.N. Herstal | Five-Seven | 57 | Pistol | 386427294 |
| 9/30/2022 | Glock | 19x | 9 | Pistol | BXRS552 |
| 10/28/2022 | RIA | 1911 | 22 | Pistol | XTM017827 |
| 11/21/2022 | MasterPiece Arms | MPA Defender | 9 | Pistol | FX28147 |
| 11/23/2022 | Glock | 17Gen5 | 9 | Pistol | BVTA898 |
| 11/23/2022 | Glock | 17Gen5 | 9 | Pistol | BXFE439 |
| 11/25/2022 | MasterPiece Arms | Defender | 9 | Pistol | FX38147 |
| 11/25/2022 | Glock | 19X | 9 | Pistol | BXHD468 |
| 11/30/2022 | Glock | G43X | 9 | Pistol | BYNY454 |
| 12/27/2022 | Radical | RF 15 | 5.56 | Pistol | 2-093764 |
| 12/29/2022 | Glock | 34Gen5 | 9 | Pistol | BXDT451 |
| 12/29/2022 | Glock | 19X | 9 | Pistol | BYND913 |
| 2/2/2023 | Marlin | 60 | 22LR | Rifle | MN19746A |
| 2/4/2023 | Sig Sauer | 320x5 | 9 | Pistol | 58J405924 |
| 2/7/2023 | Century Arms | Optio III | 12 | Shotgun | 22US-02449 |
| 2/10/2023 | Ruger | LCP II | 380 | Pistol | 382005962 |
| 2/14/2023 | ATI | Omni hybrid | 5.56 | Rifle | NS345819 |
| 2/14/2023 | Zastava | ZAPA M70 | 7.62 | Pistol | IZ70-122763 |
| 2/18/2023 | Beretta | 92S | 9 | Pistol | V087702 |
| 2/18/2023 | Glock | 17 | 9 | Pistol | BAC6727 |
| 2/22/2023 | Glock | 34GEN5 | 9 | Pistol | BYZH317 |
| 2/23/2023 | Beretta | 92S | 9 | Pistol | A31502Z |
| 2/27/2023 | Glock | 45 | 9 | Pistol | BYCM9334 |
| 3/8/2023 | MasterPiece Arms | MPA Defender | 9 | Pistol | FX29151 |
| 3/23/2023 | Glock | 19 | 9 | Pistol | BREL906 |
| 4/3/2023 | Glock | 17 | 9 | Pistol | BVSS110 |
| 4/6/2023 | Aero Precision | M4E1 | 556 | AR- Pistol | M40221738 |
| 4/7/2023 | Beretta | 92 | 9 | Pistol | A311572Z |
| 4/7/2023 | Beretta | 92 | 9 | Pistol | A312536Z |
| 4/17/2023 | Glock | 34Gen5 | 9 | Pistol | BZSN215 |
| 4/17/2023 | Glock | 34Gen5 | 9 | Pistol | BZSN271 |
| 4/17/2023 | Glock | 34Gen5 | 9 | Pistol | BZSN275 |
| 4/17/2023 | Glock | 34Gen5 | 9 | Pistol | BZSN277 |
| 4/17/2023 | Glock | 34Gen5 | 9 | Pistol | BZSN279 |
| 5/25/2023 | Aero Precision | M4E1 | 556 | Pistol | M4-0198113 |
| 5/31/2023 | ATI | Milsport | 5.56 | Rifle | MSA115844 |
| 6/2/2023 | Aero Precision | M4E1 | 9 | Pistol | M4-0359327 |

| 6/2/2023 | Del-Ton | DTI-15 | 5.56 | Pistol | DTI-S179283 |
|---|---|---|---|---|---|
| 6/3/2023 | Beretta | M9A3 | 9 | Pistol | B041864Z |
| 6/3/2023 | Beretta | 92 | 9 | Pistol | A315035Z |
| 6/3/2023 | Smith & Wesson | 686 | 357 | Revolver | DRZ4144 |
| 6/10/2023 | Keltec | PMR-30 | 22 | Pistol | WYEY14 |
| 6/10/2023 | Keltec | PMR-30 | 22 | Pistol | WYEY28 |
| 6/14/2023 | Beretta | 92FS | 9 | Pistol | A297377Z |
| 6/14/2023 | Beretta | 92FS | 9 | Pistol | A297110Z |
| 6/23/2023 | Henry Repeating Arms | H004M | 22 | Rifle | GB193396M |
| 7/3/2023 | Smith & Wesson | MP-15 | 556 | Rifle | SR07321 |
| 7/19/2023 | Glock | 19X | 9 | Pistol | CATE278 |
| 7/20/2023 | Taurus | G3C | 9 | Pistol | AEB063095 |
| 7/20/2023 | AMSCOR | 206 | 38 | Revolver | RIA2572538 |
| 7/26/2023 | EAA Girsan | Regard Mc9 | 9 | Pistol | T6368-23A01277 |
| 8/18/2023 | Bersa | Thunder 380 | 380 | Pistol | L45906 |
| 8/18/2023 | Sig Sauer | P320 X-Five | 9 | Pistol | 58J482778 |
| 8/19/2023 | Radical | RF 15 | 5.56 | Pistol | 2-066506 |
| 8/19/2023 | Radical | RF 15 | 5.56 | Pistol | 2-066364 |
| 8/19/2023 | ATI | Milsport | 5.56 | Rifle | MSA115210 |
| 8/19/2023 | ATI | Milsport | 5.56 | Rifle | MSA114258 |
| 8/19/2023 | ATI | Milsport | 5.56 | Rifle | MSA109304 |
| 8/19/2023 | ATI | Milsport | 5.56 | Rifle | MSA115389 |
| 8/22/2023 | Glock | 34Gen5 | 9 | Pistol | BXBB602 |
| 8/22/2023 | Glock | 34Gen5 | 9 | Pistol | BZCZ541 |
| 8/22/2023 | Radical | RF 15 | 5.56 | Pistol | 2-067044 |
| 8/22/2023 | Radical | RF 15 | 5.56 | Pistol | 2-066582 |
| 8/24/2023 | Glock | 17GEN5 | 9 | Pistol | BYYU067 |
| 8/25/2023 | Gforce | GF99 | 12 | Shotgun | 545-H23YD-529 |
| 8/25/2023 | Gforce | GF99 | 12 | Shotgun | 545-H23YD-530 |
| 8/25/2023 | Gforce | GF99 | 12 | Shotgun | 23-AS-4772 |
| 8/30/2023 | Beretta | 92FS | 9 | Pistol | A298016Z |
| 8/30/2023 | Beretta | 92FS | 9 | Pistol | A312558Z |
| 8/30/2023 | Pickett's Mill Armory | PMA-15 | 9 | Pistol | PMA1208 |
| 9/5/2023 | Glock | 34 | 9 | Pistol | CAKX415 |
| 11/3/2023 | Glock | 19X | 9 | Pistol | CATK097 |
| 11/9/2023 | Glock | 17L | 9 | Pistol | CCAF874 |
| 11/15/2023 | Glock | 17L | 9 | Pistol | CCAF960 |
| 11/15/2023 | Glock | 17L | 9 | Pistol | CCAF961 |
| 11/16/2023 | Glock | 17L | 9 | Pistol | CCAF962 |
| 11/16/2023 | Glock | 17L | 9 | Pistol | CCAF179 |

| 11/16/2023 | Glock | 17L | 9 | Pistol | CCAF903 |
| 11/17/2023 | Glock | 17L | 9 | Pistol | CCAG160 |
| 11/17/2023 | Glock | 17L | 9 | Pistol | CCAG161 |
| 11/17/2023 | Glock | 17L | 9 | Pistol | CCAG163 |
| 11/25/2023 | Radical | RF-15 | 556 | AR-Pistol | 2-005975 |
| 11/28/2023 | Radical | RF-15 | 556 | AR-Pistol | 21-074560 |
| 11/28/2023 | Glock | 43X | 9 | Pistol | AHVB651 |
| 12/19/2023 | S&W | MP15-22 | 22 | Rifle | LBL4781 |

b. It was further part of the conspiracy that **LUIS GARCIA** then sold the firearms to others known and unknown to the Grand Jury.

c. It was further part of the conspiracy that on or about September 13, 2023, a package was shipped from Nashville, Tennessee to Honduras. On November 14, 2023, the package was intercepted by U.S. Customs and Border Protection. On November 14, 2023, the package was examined by U.S Customs and Border Protection. After x-ray inspection of the package revealed unusual materials, the package was seized by U.S. Customs and Border Protection. Inside a large box of household items, a DeWalt Planer contained 7 firearms and magazines, to wit, the following firearms purchased by **LUIS GARCIA**:

| Firearm | Serial Number |
| --- | --- |
| Beretta, Model FS92, 9-millimeter caliber handgun | A298016Z |
| Beretta, Model FS92, 9-millimeter caliber handgun | A312558Z |
| Glock, Model 34, Gen 5, 9-millimeter handgun | CAKX415 |
| Glock, Model 34, Gen 5, 9-millimeter handgun | BZCZ541 |
| Glock, Model 34, Gen 5, 9-millimeter handgun | BXBB602 |
| Beretta, Model M9A3, 9-millimeter caliber handgun | B041864Z |
| Glock, Model 17, Gen 5, 9-millimeter handgun | BYYU067 |

All in violation of Title 18, United States Code, Section 371.

The Grand Jury further charges:

## COUNT 2
*(Dealing in Firearms Without a License)*

9.　　Paragraphs 1 through 8 are incorporated herein by reference.

10.　　From on or about April 8, 2021 to on or about January 12, 2024, in the Western District of Kentucky, Hardin, Jefferson, and Nelson Counties, Kentucky, and elsewhere, the defendant, **LUIS GARCIA**, not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in the firearms described above in paragraph 8.

All in violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D).

The Grand Jury further charges:

## COUNTS 3-85
*(False Statement During Purchase of a Firearm)*

11.　　Paragraphs 1 through 10 are incorporated herein through reference.

12.　　On or about the following dates, in the Western District of Kentucky, Jefferson, Hardin, and Nelson Counties, and elsewhere, the defendant, **LUIS GARCIA**, in connection with the acquisition of a firearm, as described in the chart below, knowingly made a false and fictitious written statement to a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, which statement was intended and likely to deceive the licensed dealer of firearms as to a fact material to the lawfulness of such sale of the said firearm to the defendant under Chapter 44 of Title 18, in that the defendant represented he was the actual purchaser of the firearm:

8

| Count | Date | County | Make | Model | Caliber | Type | Serial Number | FFL |
|---|---|---|---|---|---|---|---|---|
| 3 | 4/8/2021 | Jefferson | Maverick Arms | 88 | 12 Gauge | Shotgun | MV0633754 | Academy Sports |
| 4 | 5/16/2021 | Jefferson | Kimber | Stainless LW | 45 | Pistol | K773076 | Academy Sports |
| 5 | 12/30/2021 | Jefferson | Girsan | Regard MC | 9 | Pistol | T6368-21A17564 | Everything Concealed Carry |
| 6 | 12/30/2021 | Jefferson | Glock | 19 | 9 | Pistol | BSKH786 | Everything Concealed Carry |
| 7 | 12/30/2021 | Jefferson | FMK | AR-1 Extreme | 5.56 | Rifle | FMK51816 | Everything Concealed Carry |
| 8 | 12/30/2021 | Jefferson | Glock | 19 | 9 | Pistol | BVCF889 | Academy Sports |
| 9 | 12/31/2021 | Jefferson | Zastava | ZPAP92 | 762 | AK- Pistol | Z92-096983 | Everything Concealed Carry |
| 10 | 1/4/2022 | Jefferson | Glock | 19 | 9 | Pistol | BPDN930 | Everything Concealed Carry |
| 11 | 1/4/2022 | Jefferson | Glock | 19X | 9 | Pistol | BKRN479 | Everything Concealed Carry |
| 12 | 1/4/2022 | Jefferson | Palmetto State Armory | PA-15 | 556 | Rifle | SCD203663 | Everything Concealed Carry |
| 13 | 1/4/2022 | Jefferson | Glock | 17 | 9 | Pistol | BUNM460 | Everything Concealed Carry |
| 14 | 1/4/2022 | Jefferson | Colt | 1911 | 45 | Pistol | 2751305 | Everything Concealed Carry |
| 15 | 1/13/2022 | Jefferson | Glock | 19X | 9 | Pistol | AGGL011 | Everything Concealed Carry |
| 16 | 1/13/2022 | Jefferson | Beretta | 92X Compact | 9 | Pistol | 92X0009498 | Everything Concealed Carry |
| 17 | 1/29/2022 | Jefferson | Beretta | 92X | 9 | Pistol | 92X0010563 | River City Firearms |
| 18 | 1/29/2022 | Jefferson | Beretta | 92x | 9 | Pistol | 92X0010593 | River City Firearms |
| 19 | 2/17/2022 | Jefferson | Beretta | M9A3 | 9 | Pistol | M9-241322 | Everything Concealed Carry |
| 20 | 3/4/2022 | Jefferson | Century Arms | M70AB2 | 762 | Pistol | AB2-C108350 | Derby City Pawn |
| 21 | 4/8/2022 | Jefferson | Glock | 45 | 9 | Pistol | BKLY781 | River City Firearms |
| 22 | 4/8/2022 | Jefferson | Glock | 19X | 9 | Pistol | BWSK966 | River City Firearms |

| 23 | 4/30/2022 | Hardin | Colt | Gold Cup | 38 | Pistol | GV030609 | Knob Creek Range Inc |
|----|-----------|--------|------|----------|-----|--------|----------|----------------------|
| 24 | 4/30/2022 | Hardin | Girsan | Regard | 9 | Pistol | T6368-22A03484 | Knob Creek Range Inc |
| 25 | 5/3/2022 | Jefferson | Glock | 19 | 9 | Pistol | BSKL816 | River City Firearms |
| 26 | 5/11/2022 | Jefferson | Zastava | ZPAP92 | 762 | Pistol | Z92-101783 | Everything Concealed Carry |
| 27 | 5/11/2022 | Jefferson | Glock | 17 | 9 | Pistol | BMKX387 | Everything Concealed Carry |
| 28 | 5/25/2022 | Jefferson | Glock | 19X | 9 | Pistol | AGBX089 | River City Firearms |
| 29 | 5/27/2022 | Jefferson | Izmash | Saiga | 5.45X39 | Rifle | H09884374L | River City Firearms |
| 30 | 5/28/2022 | Jefferson | Shadow Systems | MR920 | 9 | Pistol | SSC082636 | Cabela's |
| 31 | 5/31/2022 | Jefferson | Century Arms | WASR | 5.45X39 | Rifle | WASR200270 | River City Firearms |
| 32 | 6/27/2022 | Jefferson | Glock | 17GEN5 | 9 | Pistol | AFDG585 | Everything Concealed Carry |
| 33 | 7/18/2022 | Jefferson | Glock | 43X | 9 | Pistol | BXLC025 | Cabela's |
| 34 | 7/27/2022 | Jefferson | Century Arms | Micro Draco | 762 | Pistol | 22PMD-32230 | River City Firearms |
| 35 | 7/27/2022 | Jefferson | Century Arms | Micro Draco | 762 | Pistol | 22PMD-32110 | River City Firearms |
| 36 | 8/2/2022 | Jefferson | Century Arms | Micro Draco | 7.62x29 | Pistol | 22PMD-31845 | River City Firearms |
| 37 | 8/5/2022 | Jefferson | Zastava | ZPAP92 | 7.62x39 | Pistol | Z92-105040 | River City Firearms |
| 38 | 9/30/2022 | Jefferson | F.N. Herstal | Five-Seven | 57 | Pistol | 386427294 | Everything Concealed Carry |
| 39 | 9/30/2022 | Jefferson | Glock | 19x | 9 | Pistol | BXRS552 | Everything Concealed Carry |
| 40 | 10/28/2022 | Jefferson | RIA | 1911 | 22 | Pistol | XTM017827 | Everything Concealed Carry |
| 41 | 11/23/2022 | Jefferson | Glock | 17Gen5 | 9 | Pistol | BVTA898 | Academy Sports |
| 42 | 11/23/2022 | Jefferson | Glock | 17Gen5 | 9 | Pistol | BXFE439 | Academy Sports |
| 43 | 11/30/2022 | Jefferson | Glock | G43X | 9 | Pistol | BYNY454 | Everything Concealed Carry |
| 44 | 12/27/2022 | Jefferson | Radical | RF 15 | 5.56 | Pistol | 2-093764 | River City Firearms |
| 45 | 12/29/2022 | Jefferson | Glock | 34Gen5 | 9 | Pistol | BXDT451 | Cabela's |
| 46 | 12/29/2022 | Jefferson | Glock | 19X | 9 | Pistol | BYND913 | Cabela's |
| 47 | 2/2/2023 | Jefferson | Marlin | 60 | 22LR | Rifle | MN19746A | River City Firearms |

10

| 48 | 2/4/2023 | Jefferson | Sig Sauer | 320x5 | 9 | Pistol | 58J405924 | River City Firearms |
|---|---|---|---|---|---|---|---|---|
| 49 | 2/7/2023 | Jefferson | Century Arms | Optio III | 12 | Shotgun | 22US-02449 | River City Firearms |
| 50 | 2/14/2023 | Jefferson | ATI | Omni hybrid | 5.56 | Rifle | NS345819 | River City Firearms |
| 51 | 2/14/2023 | Jefferson | Zastava | ZAPA M70 | 7.62 | Pistol | IZ70-122763 | Everything Concealed Carry |
| 52 | 2/27/2023 | Jefferson | Glock | 45 | 9 | Pistol | BYCM9334 | Cabela's |
| 53 | 5/31/2023 | Jefferson | ATI | Milsport | 5.56 | Rifle | MSA115844 | River City Firearms |
| 54 | 6/2/2023 | Jefferson | Aero Precision | M4E1 | 9 | Pistol | M4-0359327 | River City Firearms |
| 55 | 6/2/2023 | Jefferson | Del-Ton | DTI-15 | 5.56 | Pistol | DTI-S179283 | Everything Concealed Carry |
| 56 | 6/10/2023 | Nelson | Keltec | PMR-30 | 22 | Pistol | WYEY14 | Kentucky Gun Company |
| 57 | 6/10/2023 | Nelson | Keltec | PMR-30 | 22 | Pistol | WYEY28 | Kentucky Gun Company |
| 58 | 7/19/2023 | Jefferson | Glock | 19X | 9 | Pistol | CATE278 | Cabela's |
| 59 | 8/18/2023 | Jefferson | Bersa | Thunder 380 | 380 | Pistol | L45906 | Everything Concealed Carry |
| 60 | 8/18/2023 | Jefferson | Sig Sauer | P320 X-Five | 9 | Pistol | 58J482778 | Everything Concealed Carry |
| 61 | 8/19/2023 | Jefferson | Radical | RF 15 | 5.56 | Pistol | 2-066506 | River City Firearms |
| 62 | 8/19/2023 | Jefferson | Radical | RF 15 | 5.56 | Pistol | 2-066364 | River City Firearms |
| 63 | 8/19/2023 | Jefferson | ATI | Milsport | 5.56 | Rifle | MSA115210 | River City Firearms |
| 64 | 8/19/2023 | Jefferson | ATI | Milsport | 5.56 | Rifle | MSA114258 | River City Firearms |
| 65 | 8/19/2023 | Jefferson | ATI | Milsport | 5.56 | Rifle | MSA109304 | River City Firearms |
| 66 | 8/19/2023 | Jefferson | ATI | Milsport | 5.56 | Rifle | MSA115389 | River City Firearms |
| 67 | 8/22/2023 | Jefferson | Glock | 34Gen5 | 9 | Pistol | BXBB602 | Cabela's |
| 68 | 8/22/2023 | Jefferson | Glock | 34Gen5 | 9 | Pistol | BZCZ541 | Cabela's |
| 69 | 8/22/2023 | Jefferson | Radical | RF 15 | 5.56 | Pistol | 2-067044 | River City Firearms |
| 70 | 8/22/2023 | Jefferson | Radical | RF 15 | 5.56 | Pistol | 2-066582 | River City Firearms |
| 71 | 8/24/2023 | Jefferson | Glock | 17GEN5 | 9 | Pistol | BYYU067 | Everything Concealed Carry |
| 72 | 11/3/2023 | Jefferson | Glock | 19X | 9 | Pistol | CATK097 | River City Firearms |

| 73 | 11/9/2023 | Jefferson | Glock | 17L | 9 | Pistol | CCAF874 | Everything Concealed Carry |
| 74 | 11/15/2023 | Jefferson | Glock | 17L | 9 | Pistol | CCAF960 | Everything Concealed Carry |
| 75 | 11/15/2023 | Jefferson | Glock | 17L | 9 | Pistol | CCAF961 | Everything Concealed Carry |
| 76 | 11/16/2023 | Jefferson | Glock | 17L | 9 | Pistol | CCAF962 | Everything Concealed Carry |
| 77 | 11/16/2023 | Jefferson | Glock | 17L | 9 | Pistol | CCAF179 | Everything Concealed Carry |
| 78 | 11/16/2023 | Jefferson | Glock | 17L | 9 | Pistol | CCAF903 | Everything Concealed Carry |
| 79 | 11/17/2023 | Jefferson | Glock | 17L | 9 | Pistol | CCAG160 | River City Firearms |
| 80 | 11/17/2023 | Jefferson | Glock | 17L | 9 | Pistol | CCAG161 | River City Firearms |
| 81 | 11/17/2023 | Jefferson | Glock | 17L | 9 | Pistol | CCAG163 | River City Firearms |
| 82 | 11/25/2023 | Jefferson | Radical | RF-15 | 556 | AR-Pistol | 2-005975 | River City Firearms |
| 83 | 11/28/2023 | Jefferson | Radical | RF-15 | 556 | AR-Pistol | 21-074560 | River City Firearms |
| 84 | 11/28/2023 | Jefferson | Glock | 43X | 9 | Pistol | AHVB651 | Cabela's |
| 85 | 12/19/2023 | Jefferson | S&W | MP15-22 | 22 | Rifle | LBL4781 | Everything Concealed Carry |

All in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

The Grand Jury further charges:

## COUNTS 86-92
### (*Attempted Smuggling Goods from the United States*)

13.    Paragraphs 1 through 12 are incorporated herein by reference.

14.    On or about September 13, 2023, the exact date being unknown to the Grand Jury, in the Western District of Kentucky, Hardin, Jefferson and Nelson Counties, and elsewhere, the defendant, **LUIS GARCIA**, did willfully and knowingly attempt to export from the United States, contrary to any law and regulation of the United States, including Title 50, United States Code,

Section 4819 and Title 15, Code of Federal Regulations, Parts 730-774, to wit the following firearms:

| Count | Firearm | Serial Number |
|---|---|---|
| 86 | Beretta, Model FS92, 9-millimeter caliber handgun | A298016Z |
| 87 | Beretta, Model FS92, 9-millimeter caliber handgun | A312558Z |
| 88 | Glock, Model 34, Gen 5, 9-millimeter handgun | CAKX415 |
| 89 | Glock, Model 34, Gen 5, 9-millimeter handgun | BZCZ541 |
| 90 | Glock, Model 34, Gen 5, 9-millimeter handgun | BXBB602 |
| 91 | Beretta, Model M9A3, 9-millimeter caliber handgun | B041864Z |
| 92 | Glock, Model 17, Gen 5, 9-millimeter handgun | BYYU067 |

All in violation of Title 18, United States Code, Section 554(a).

## NOTICE OF FORFEITURE

As a result of committing the offenses alleged in Counts 1 through 85 in this Indictment, felonies punishable by imprisonment for more than one year, the defendants, **LUIS GARCIA** and **MARIELA JUAREZ-FARFAN**, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461, all firearms and ammunition involved in the commission of the offenses, including but not limited to the firearms described above in paragraph 8 (incorporated herein by reference).

Upon conviction of one or more of the offenses alleged in Counts 86 through 92 in this Indictment, the defendants, **LUIS GARCIA** and **MARIELA JUAREZ-FARFAN**, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), all right, title, and interest in any and all property, real or personal, which constitutes or is derived from proceeds traceable to violations including, but not limited to, a sum of money equal to the total amount of any property, real or personal, which constitutes or is derived from proceeds traceable to or obtained as a result of such offenses.

If any of the above-described forfeitable property, as a result of any act or omission of the defendants, cannot be located upon the exercise of due diligence, has been transferred, sold to, or deposited with a third party, has been placed beyond the jurisdiction of the court, has been substantially diminished in value, or has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c) to seek forfeiture of any other property of the defendants up to the value of the forfeitable property described above.

All in accordance with Title 18, United States Code, Sections 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 18, United States Code, Section 924(d).

A TRUE BILL.

_____

KYLE G. BUMGARNER
UNITED STATES ATTORNEY

KGB:ER 9/3/25

UNITED STATES OF AMERICA v. **LUIS GARCIA and MARIELA JUAREZ-FARFAN**

## PENALTIES

Count 1:          NM 5 yrs./$250,000/both/NM 3 yrs. Supervised Release
Count 2:          NM 5 yrs./$250,000/both/NM 3 yrs. Supervised Release
Counts 3-85:      NM 10 yrs./$250,000/both/NM 3 yrs. Supervised Release (each count)
Counts 86-92:     NM 10 yrs./$250,000/both/NM 3 yrs. Supervised Release (each count)
Forfeiture

## NOTICE

**ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.**

SPECIAL ASSESSMENTS

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

| | | | |
|---|---|---|---|
| Misdemeanor: | $ 25 per count/individual<br>$125 per count/other | Felony: | $100 per count/individual<br>$400 per count/other |

FINES

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due <u>immediately</u> unless the court issues an order requiring payment by a date certain or sets out an installment schedule.  You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court.  18 U.S.C. § 3571, 3572, 3611, 3612

**Failure to pay fine as ordered may subject you to the following**:

1.   **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

     For offenses occurring after December 12, 1987:

     No **INTEREST** will accrue on fines under $2,500.00.

     **INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing.  This rate changes monthly.  Interest accrues from the first business day following the two week period after the date a fine is imposed.

     **PENALTIES** of:

     10% of fine balance if payment more than 30 days late.

     15% of fine balance if payment more than 90 days late.

2.   Recordation of a **LIEN** shall have the same force and effect as a tax lien.

3.   Continuous **GARNISHMENT** may apply until your fine is paid.

18 U.S.C. §§ 3612, 3613

     If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid balance of the fine; or **IMPRISONMENT** for not more than 1 year or both.  18 U.S.C. § 3615

RESTITUTION

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law. 18 U.S.C. § 3663

APPEAL

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

1.      That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

2.      Give bond for payment thereof.

18 U.S.C. § 3572(g)

PAYMENTS

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made <u>payable to the Clerk, U.S. District Court</u> and delivered to the appropriate division office listed below:

LOUISVILLE:         Clerk, U.S. District Court
                    106 Gene Snyder U.S. Courthouse
                    601 West Broadway
                    Louisville, KY  40202
                    502/625-3500

BOWLING GREEN:      Clerk, U.S. District Court
                    120 Federal Building
                    241 East Main Street
                    Bowling Green, KY  42101
                    270/393-2500

OWENSBORO:          Clerk, U.S. District Court
                    126 Federal Building
                    423 Frederica
                    Owensboro, KY  42301
                    270/689-4400

PADUCAH:            Clerk, U.S. District Court
                    127 Federal Building
                    501 Broadway
                    Paducah, KY  42001
                    270/415-6400

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.