FILED
JAMES J. VILT, JR. - CLERK

APR 2 3 2026

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                    PLAINTIFF

v.                                          CRIMINAL NO. 3:25-CR-131-DJH

LUIS GARCIA                                                 DEFENDANT

## PLEA AGREEMENT

Pursuant to Rule 11(c)(1)(B) of the Federal Rules of Criminal Procedure, the United States of America, by Erwin Roberts, Assistant United States Attorney for the Western District of Kentucky, and defendant, Luis Garcia, and his attorney, William Butler, have agreed upon the following:

1.      Defendant acknowledges that he has been charged in the Indictment in this case with violations of Title 18, United States Code, Section 371 (Conspiracy) (Count 1); Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D) (Dealing in Firearms Without a License) (Count 2); Title 18, United States Code, Sections 922(a)(6) and 924(a)(2) (False Statement During Purchase of a Firearm) (Counts 3-85); and Title 18, United States Code, Section 554 (Attempted Smuggling) (Counts 86-92). Defendant further acknowledges that the Indictment in this case seeks forfeiture of: (a) all firearms and ammunition involved in the commission of the offenses pursuant to Title 18, United States Code, Sections 924(d), and Title 28, United States Code, Section 2461; (b) all right, title, and interest in any and all property, real or personal, which constitutes or is derived from proceeds traceable to violations including, but not limited to, a sum of money equal to the total amount of any property, real or personal, which constitutes or is derived from proceeds traceable to violations including, but not limited to, a sum or money equal to the

total amount of any property, real or personal, which constitutes or is derived from proceeds traceable to or obtained as a result of such offenses pursuant to Title 18, United States Code, Section 981(a)(1)(C); Title 28, United States Code, Section 2461(c); and Title 18, United States Code, Section 924(d).

2.      Defendant has read the charges against him contained in the Indictment, and those charges have been fully explained to him by his attorney.  Defendant fully understands the nature and elements of the crimes with which he has been charged.

3.      Defendant will enter a voluntary plea of guilty to Counts 1 through 92 in this case. Defendant will plead guilty because he is in fact guilty of the charges.  The parties agree to the following factual basis for this plea:

a.      From on about April 8, 2021, through or about January 12, 2024, in the Western District of Kentucky and elsewhere, Luis Garcia engaged in a conspiracy: to violate Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D) (Dealing in Firearms Without a License). To accomplish these acts and in furtherance of the conspiracy alleged, from on about April 8, 2021, through on or about January 12, 2024, Luis Garcia purchased 82 firearms for others and made false statements during the firearm purchases that he was the actual buyer of the firearms. The following firearms were purchased and sold by Garcia:

| Date Purchased | Make | Model | Caliber | Type | Serial Number |
|---|---|---|---|---|---|
| 4/8/2021 | Maverick Arms | 88 | 12 Gauge | Shotgun | MV0633754 |
| 5/16/2021 | Kimber | Stainless LW | 45 | Pistol | K773076 |
| 11/13/2021 | CBC (Brazil) | RS22 | 0.22 | Rifle | 7CA249208P |
| 11/21/2021 | Glock | 17GEN5 | 9 | Pistol | BPFP267 |
| 11/22/2021 | Glock | 17GEN5 | 9 | Pistol | BUAE017 |
| 12/8/2021 | Glock | 17 | 9 | Pistol | AGFY851 |
| 12/8/2021 | Glock | 17 | 9 | Pistol | BUXW186 |
| 12/10/2021 | Glock | 19 Gen 3 | 9 | Pistol | BVGX750 |
| 12/24/2021 | Glock | 19 | 9 | Pistol | BUNW925 |
| 12/30/2021 | Girsan | Regard MC | 9 | Pistol | T6368-21A17564 |
| 12/30/2021 | Glock | 19 | 9 | Pistol | BSKH786 |
| 12/30/2021 | FMK | AR-1 Extreme | 5.56 | Rifle | FMK51816 |
| 12/30/2021 | Glock | 19 | 9 | Pistol | BVCF889 |

2

| 12/31/2021 | Zastava | ZPAP92 | 762 | AK- Pistol | Z92-096983 |
|---|---|---|---|---|---|
| 1/4/2022 | Glock | 19 | 9 | Pistol | BPDN930 |
| 1/4/2022 | Glock | 19X | 9 | Pistol | BKRN479 |
| 1/4/2022 | Palmetto State Armory | PA-15 | 556 | Rifle | SCD203663 |
| 1/4/2022 | Glock | 17 | 9 | Pistol | BUNM460 |
| 1/4/2022 | Colt | 1911 | 45 | Pistol | 2751305 |
| 1/13/2022 | Glock | 19X | 9 | Pistol | AGGL011 |
| 1/13/2022 | Beretta | 92X Compact | 9 | Pistol | 92X0009498 |
| 1/29/2022 | Beretta | 92X | 9 | Pistol | 92X0010563 |
| 1/29/2022 | Beretta | 92x | 9 | Pistol | 92X0010593 |
| 2/17/2022 | Beretta | M9A3 | 9 | Pistol | M9-241322 |
| 3/4/2022 | Century Arms | M70AB2 | 762 | Rifle | AB2-C108350 |
| 4/8/2022 | Glock | 45 | 9 | Pistol | BKLY781 |
| 4/8/2022 | Glock | 19X | 9 | Pistol | BWSK966 |
| 4/30/2022 | Colt | Gold Cup | 38 | Pistol | GV030609 |
| 4/30/2022 | Girsan | Regard | 9 | Pistol | T6368-22A03484 |
| 5/1/2022 | Glock | 19X | 9 | Pistol | BWZN266 |
| 5/3/2022 | Glock | 19 | 9 | Pistol | BSKL816 |
| 5/11/2022 | Zastava | ZPAP92 | 762 | Pistol | Z92-101783 |
| 5/11/2022 | Glock | 17 | 9 | Pistol | BMKX387 |
| 5/25/2022 | Glock | 19X | 9 | Pistol | AGBX089 |
| 5/27/2022 | Izmash | Saiga | 5.45X39 | Rifle | H09884374L |
| 5/28/2022 | Shadow Systems | MR920 | 9 | Pistol | SSC082636 |
| 5/31/2022 | Century Arms | WASR | 5.45X39 | Rifle | WASR200270 |
| 6/19/2022 | Glock | 43X | 9 | Pistol | BXLD957 |
| 6/19/2022 | Glock | 45 | 9 | Pistol | BWMA578 |
| 6/25/2022 | Glock | 17 Gen 5 | 9 | Pistol | BTNB413 |
| 6/26/2022 | Glock | 43X | 9 | Pistol | BXBF499 |
| 6/27/2022 | Glock | 17GEN5 | 9 | Pistol | AFDG585 |
| 7/18/2022 | Glock | 43X | 9 | Pistol | BXLC025 |
| 7/27/2022 | Century Arms | Micro Draco | 762 | Pistol | 22PMD-32230 |
| 7/27/2022 | Century Arms | Micro Draco | 762 | Pistol | 22PMD-32110 |
| 8/2/2022 | Century Arms | Micro Draco | 7.62x29 | Pistol | 22PMD-31845 |
| 8/5/2022 | Zastava | ZPAP92 | 7.62x39 | Pistol | Z92-105040 |
| 8/19/2022 | Glock | 45 | 9 | Pistol | BUVT571 |
| 9/30/2022 | F.N. Herstal | Five-Seven | 57 | Pistol | 386427294 |
| 9/30/2022 | Glock | 19x | 9 | Pistol | BXRS552 |
| 10/28/2022 | RIA | 1911 | 22 | Pistol | XTM017827 |

| 11/21/2022 | MasterPiece Arms | MPA Defender | 9 | Pistol | FX28147 |
|---|---|---|---|---|---|
| 11/23/2022 | Glock | 17Gen5 | 9 | Pistol | BVTA898 |
| 11/23/2022 | Glock | 17Gen5 | 9 | Pistol | BXFE439 |
| 11/25/2022 | MasterPiece Arms | Defender | 9 | Pistol | FX38147 |
| 11/25/2022 | Glock | 19X | 9 | Pistol | BXHD468 |
| 11/30/2022 | Glock | G43X | 9 | Pistol | BYNY454 |
| 12/27/2022 | Radical | RF 15 | 5.56 | Pistol | 2-093764 |
| 12/29/2022 | Glock | 34Gen5 | 9 | Pistol | BXDT451 |
| 12/29/2022 | Glock | 19X | 9 | Pistol | BYND913 |
| 2/2/2023 | Marlin | 60 | 22LR | Rifle | MN19746A |
| 2/4/2023 | Sig Sauer | 320x5 | 9 | Pistol | 58J405924 |
| 2/7/2023 | Century Arms | Optio III | 12 | Shotgun | 22US-02449 |
| 2/10/2023 | Ruger | LCP II | 380 | Pistol | 382005962 |
| 2/14/2023 | ATI | Omni hybrid | 5.56 | Rifle | NS345819 |
| 2/14/2023 | Zastava | ZAPA M70 | 7.62 | Pistol | IZ70-122763 |
| 2/18/2023 | Beretta | 92S | 9 | Pistol | V087702 |
| 2/18/2023 | Glock | 17 | 9 | Pistol | BAC6727 |
| 2/22/2023 | Glock | 34GEN5 | 9 | Pistol | BYZH317 |
| 2/23/2023 | Beretta | 92S | 9 | Pistol | A31502Z |
| 2/27/2023 | Glock | 45 | 9 | Pistol | BYCM9334 |
| 3/8/2023 | MasterPiece Arms | MPA Defender | 9 | Pistol | FX29151 |
| 3/23/2023 | Glock | 19 | 9 | Pistol | BREL906 |
| 4/3/2023 | Glock | 17 | 9 | Pistol | BVSS110 |
| 4/6/2023 | Aero Precision | M4E1 | 556 | AR- Pistol | M40221738 |
| 4/7/2023 | Beretta | 92 | 9 | Pistol | A311572Z |
| 4/7/2023 | Beretta | 92 | 9 | Pistol | A312536Z |
| 4/17/2023 | Glock | 34Gen5 | 9 | Pistol | BZSN215 |
| 4/17/2023 | Glock | 34Gen5 | 9 | Pistol | BZSN271 |
| 4/17/2023 | Glock | 34Gen5 | 9 | Pistol | BZSN275 |
| 4/17/2023 | Glock | 34Gen5 | 9 | Pistol | BZSN277 |
| 4/17/2023 | Glock | 34Gen5 | 9 | Pistol | BZSN279 |
| 5/25/2023 | Aero Precision | M4E1 | 556 | Pistol | M4-0198113 |
| 5/31/2023 | ATI | Milsport | 5.56 | Rifle | MSA115844 |
| 6/2/2023 | Aero Precision | M4E1 | 9 | Pistol | M4-0359327 |
| 6/2/2023 | Del-Ton | DTI-15 | 5.56 | Pistol | DTI-S179283 |
| 6/3/2023 | Beretta | M9A3 | 9 | Pistol | B041864Z |
| 6/3/2023 | Beretta | 92 | 9 | Pistol | A315035Z |
| 6/3/2023 | Smith & Wesson | 686 | 357 | Revolver | DRZ4144 |
| 6/10/2023 | Keltec | PMR-30 | 22 | Pistol | WYEY14 |
| 6/10/2023 | Keltec | PMR-30 | 22 | Pistol | WYEY28 |
| 6/14/2023 | Beretta | 92FS | 9 | Pistol | A297377Z |

4

| 6/14/2023 | Beretta | 92FS | 9 | Pistol | A297110Z |
|---|---|---|---|---|---|
| 6/23/2023 | Henry Repeating Arms | H004M | 22 | Rifle | GB193396M |
| 7/3/2023 | Smith & Wesson | MP-15 | 556 | Rifle | SR07321 |
| 7/19/2023 | Glock | 19X | 9 | Pistol | CATE278 |
| 7/20/2023 | Taurus | G3C | 9 | Pistol | AEB063095 |
| 7/20/2023 | AMSCOR | 206 | 38 | Revolver | RIA2572538 |
| 7/26/2023 | EAA Girsan | Regard Mc9 | 9 | Pistol | T6368-23A01277 |
| 8/18/2023 | Bersa | Thunder 380 | 380 | Pistol | L45906 |
| 8/18/2023 | Sig Sauer | P320 X-Five | 9 | Pistol | 58J482778 |
| 8/19/2023 | Radical | RF 15 | 5.56 | Pistol | 2-066506 |
| 8/19/2023 | Radical | RF 15 | 5.56 | Pistol | 2-066364 |
| 8/19/2023 | ATI | Milsport | 5.56 | Rifle | MSA115210 |
| 8/19/2023 | ATI | Milsport | 5.56 | Rifle | MSA114258 |
| 8/19/2023 | ATI | Milsport | 5.56 | Rifle | MSA109304 |
| 8/19/2023 | ATI | Milsport | 5.56 | Rifle | MSA115389 |
| 8/22/2023 | Glock | 34Gen5 | 9 | Pistol | BXBB602 |
| 8/22/2023 | Glock | 34Gen5 | 9 | Pistol | BZCZ541 |
| 8/22/2023 | Radical | RF 15 | 5.56 | Pistol | 2-067044 |
| 8/22/2023 | Radical | RF 15 | 5.56 | Pistol | 2-066582 |
| 8/24/2023 | Glock | 17GEN5 | 9 | Pistol | BYYU067 |
| 8/25/2023 | Gforce | GF99 | 12 | Shotgun | 545-H23YD-529 |
| 8/25/2023 | Gforce | GF99 | 12 | Shotgun | 545-H23YD-530 |
| 8/25/2023 | Gforce | GF99 | 12 | Shotgun | 23-AS-4772 |
| 8/30/2023 | Beretta | 92FS | 9 | Pistol | A298016Z |
| 8/30/2023 | Beretta | 92FS | 9 | Pistol | A312558Z |
| 8/30/2023 | Pickett's Mill Armory | PMA-15 | 9 | Pistol | PMA1208 |
| 9/5/2023 | Glock | 34 | 9 | Pistol | CAKX415 |
| 11/3/2023 | Glock | 19X | 9 | Pistol | CATK097 |
| 11/9/2023 | Glock | 17L | 9 | Pistol | CCAF874 |
| 11/15/2023 | Glock | 17L | 9 | Pistol | CCAF960 |
| 11/15/2023 | Glock | 17L | 9 | Pistol | CCAF961 |
| 11/16/2023 | Glock | 17L | 9 | Pistol | CCAF962 |
| 11/16/2023 | Glock | 17L | 9 | Pistol | CCAF179 |
| 11/16/2023 | Glock | 17L | 9 | Pistol | CCAF903 |
| 11/17/2023 | Glock | 17L | 9 | Pistol | CCAG160 |
| 11/17/2023 | Glock | 17L | 9 | Pistol | CCAG161 |
| 11/17/2023 | Glock | 17L | 9 | Pistol | CCAG163 |
| 11/25/2023 | Radical | RF-15 | 556 | AR-Pistol | 2-005975 |
| 11/28/2023 | Radical | RF-15 | 556 | AR-Pistol | 21-074560 |

5

| 11/28/2023 | Glock | 43X | 9 | Pistol | AHVB651 |
| 12/19/2023 | S&W | MP15-22 | 22 | Rifle | LBL4781 |

b.      From on about April 8, 2021, through or about January 12, 2024, in the Western District of Kentucky and elsewhere, Luis Garcia, not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, willfully engaged in the business of dealing in firearms and in the course of such business shipped, transported, and received firearms in interstate and foreign commerce, in violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D). Garcia willfully engaged in the business of dealing in the firearms described in paragraph 3a. above.

c.      For each purchase of a firearm, Garcia filled out ATF Form 4473 on which he affirmed that he was the actual transferee buyer of the firearm(s) listed on the form. Each ATF Form 4473 contained a warning that stated "You are not the actual transferee/buyer if you are acquiring the firearm(s) on behalf of another person. If you are not the actual transferee/buyer, the licensee cannot transfer the firearm(s) to you." In addition, each form contained a warning at the top of the form that "Any persons who exports a firearm without proper authorization from either the Department of Commerce or the Department of State, as applicable, is subject to a fine of not more than $1,000,000 and up to 20 years' imprisonment." Garcia purchased 82 firearms in Jefferson, Hardin and Nelson Counties in Kentucky. Garcia knew that these firearms were purchased for others and that his name was not declared as the actual purchaser of the firearms.

d.      Garcia knowingly made a false and fictitious written statement to a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, which statement was intended and likely to deceive the licensed dealer of firearms as to a fact material to the lawfulness of such sale of the said firearm to the defendant under Chapter 44 of Title 18, in that the defendant represented he was the actual purchaser of the firearm:

| Count | Date | County | Make | Model | Caliber | Type | Serial Number | FFL |
|---|---|---|---|---|---|---|---|---|
| 3 | 4/8/2021 | Jefferson | Maverick Arms | 88 | 12 Gauge | Shotgun | MV0633754 | Academy Sports |
| 4 | 5/16/2021 | Jefferson | Kimber | Stainless LW | 45 | Pistol | K773076 | Academy Sports |
| 5 | 12/30/2021 | Jefferson | Girsan | Regard MC | 9 | Pistol | T6368-21A17564 | Everything Concealed Carry |
| 6 | 12/30/2021 | Jefferson | Glock | 19 | 9 | Pistol | BSKH786 | Everything Concealed Carry |
| 7 | 12/30/2021 | Jefferson | FMK | AR-1 Extreme | 5.56 | Rifle | FMK51816 | Everything Concealed Carry |

| 8 | 12/30/2021 | Jefferson | Glock | 19 | 9 | Pistol | BVCF889 | Academy Sports |
|---|---|---|---|---|---|---|---|---|
| 9 | 12/31/2021 | Jefferson | Zastava | ZPAP92 | 762 | AK- Pistol | Z92-096983 | Everything Concealed Carry |
| 10 | 1/4/2022 | Jefferson | Glock | 19 | 9 | Pistol | BPDN930 | Everything Concealed Carry |
| 11 | 1/4/2022 | Jefferson | Glock | 19X | 9 | Pistol | BKRN479 | Everything Concealed Carry |
| 12 | 1/4/2022 | Jefferson | Palmetto State Armory | PA-15 | 556 | Rifle | SCD203663 | Everything Concealed Carry |
| 13 | 1/4/2022 | Jefferson | Glock | 17 | 9 | Pistol | BUNM460 | Everything Concealed Carry |
| 14 | 1/4/2022 | Jefferson | Colt | 1911 | 45 | Pistol | 2751305 | Everything Concealed Carry |
| 15 | 1/13/2022 | Jefferson | Glock | 19X | 9 | Pistol | AGGL011 | Everything Concealed Carry |
| 16 | 1/13/2022 | Jefferson | Beretta | 92X Compact | 9 | Pistol | 92X0009498 | Everything Concealed Carry |
| 17 | 1/29/2022 | Jefferson | Beretta | 92X | 9 | Pistol | 92X0010563 | River City Firearms |
| 18 | 1/29/2022 | Jefferson | Beretta | 92x | 9 | Pistol | 92X0010593 | River City Firearms |
| 19 | 2/17/2022 | Jefferson | Beretta | M9A3 | 9 | Pistol | M9-241322 | Everything Concealed Carry |
| 20 | 3/4/2022 | Jefferson | Century Arms | M70AB2 | 762 | Pistol | AB2-C108350 | Derby City Pawn |
| 21 | 4/8/2022 | Jefferson | Glock | 45 | 9 | Pistol | BKLY781 | River City Firearms |
| 22 | 4/8/2022 | Jefferson | Glock | 19X | 9 | Pistol | BWSK966 | River City Firearms |
| 23 | 4/30/2022 | Hardin | Colt | Gold Cup | 38 | Pistol | GV030609 | Knob Creek Range Inc |
| 24 | 4/30/2022 | Hardin | Girsan | Regard | 9 | Pistol | T6368-22A03484 | Knob Creek Range Inc |
| 25 | 5/3/2022 | Jefferson | Glock | 19 | 9 | Pistol | BSKL816 | River City Firearms |
| 26 | 5/11/2022 | Jefferson | Zastava | ZPAP92 | 762 | Pistol | Z92-101783 | Everything Concealed Carry |

7

| 27 | 5/11/2022 | Jefferson | Glock | 17 | 9 | Pistol | BMKX387 | Everything Concealed Carry |
|---|---|---|---|---|---|---|---|---|
| 28 | 5/25/2022 | Jefferson | Glock | 19X | 9 | Pistol | AGBX089 | River City Firearms |
| 29 | 5/27/2022 | Jefferson | Izmash | Saiga | 5.45X39 | Rifle | H09884374L | River City Firearms |
| 30 | 5/28/2022 | Jefferson | Shadow Systems | MR920 | 9 | Pistol | SSC082636 | Cabela's |
| 31 | 5/31/2022 | Jefferson | Century Arms | WASR | 5.45X39 | Rifle | WASR200270 | River City Firearms |
| 32 | 6/27/2022 | Jefferson | Glock | 17GEN5 | 9 | Pistol | AFDG585 | Everything Concealed Carry |
| 33 | 7/18/2022 | Jefferson | Glock | 43X | 9 | Pistol | BXLC025 | Cabela's |
| 34 | 7/27/2022 | Jefferson | Century Arms | Micro Draco | 762 | Pistol | 22PMD-32230 | River City Firearms |
| 35 | 7/27/2022 | Jefferson | Century Arms | Micro Draco | 762 | Pistol | 22PMD-32110 | River City Firearms |
| 36 | 8/2/2022 | Jefferson | Century Arms | Micro Draco | 7.62x29 | Pistol | 22PMD-31845 | River City Firearms |
| 37 | 8/5/2022 | Jefferson | Zastava | ZPAP92 | 7.62x39 | Pistol | Z92-105040 | River City Firearms |
| 38 | 9/30/2022 | Jefferson | F.N. Herstal | Five-Seven | 57 | Pistol | 386427294 | Everything Concealed Carry |
| 39 | 9/30/2022 | Jefferson | Glock | 19x | 9 | Pistol | BXRS552 | Everything Concealed Carry |
| 40 | 10/28/2022 | Jefferson | RIA | 1911 | 22 | Pistol | XTM017827 | Everything Concealed Carry |
| 41 | 11/23/2022 | Jefferson | Glock | 17Gen5 | 9 | Pistol | BVTA898 | Academy Sports |
| 42 | 11/23/2022 | Jefferson | Glock | 17Gen5 | 9 | Pistol | BXFE439 | Academy Sports |
| 43 | 11/30/2022 | Jefferson | Glock | G43X | 9 | Pistol | BYNY454 | Everything Concealed Carry |
| 44 | 12/27/2022 | Jefferson | Radical | RF 15 | 5.56 | Pistol | 2-093764 | River City Firearms |
| 45 | 12/29/2022 | Jefferson | Glock | 34Gen5 | 9 | Pistol | BXDT451 | Cabela's |
| 46 | 12/29/2022 | Jefferson | Glock | 19X | 9 | Pistol | BYND913 | Cabela's |
| 47 | 2/2/2023 | Jefferson | Marlin | 60 | 22LR | Rifle | MN19746A | River City Firearms |
| 48 | 2/4/2023 | Jefferson | Sig Sauer | 320x5 | 9 | Pistol | 58J405924 | River City Firearms |
| 49 | 2/7/2023 | Jefferson | Century Arms | Optio III | 12 | Shotgun | 22US-02449 | River City Firearms |

8

| 50 | 2/14/2023 | Jefferson | ATI | Omni hybrid | 5.56 | Rifle | NS345819 | River City Firearms |
| 51 | 2/14/2023 | Jefferson | Zastava | ZAPA M70 | 7.62 | Pistol | IZ70-122763 | Everything Concealed Carry |
| 52 | 2/27/2023 | Jefferson | Glock | 45 | 9 | Pistol | BYCM9334 | Cabela's |
| 53 | 5/31/2023 | Jefferson | ATI | Milsport | 5.56 | Rifle | MSA115844 | River City Firearms |
| 54 | 6/2/2023 | Jefferson | Aero Precision | M4E1 | 9 | Pistol | M4-0359327 | River City Firearms |
| 55 | 6/2/2023 | Jefferson | Del-Ton | DTI-15 | 5.56 | Pistol | DTI-S179283 | Everything Concealed Carry |
| 56 | 6/10/2023 | Nelson | Keltec | PMR-30 | 22 | Pistol | WYEY14 | Kentucky Gun Company |
| 57 | 6/10/2023 | Nelson | Keltec | PMR-30 | 22 | Pistol | WYEY28 | Kentucky Gun Company |
| 58 | 7/19/2023 | Jefferson | Glock | 19X | 9 | Pistol | CATE278 | Cabela's |
| 59 | 8/18/2023 | Jefferson | Bersa | Thunder 380 | 380 | Pistol | L45906 | Everything Concealed Carry |
| 60 | 8/18/2023 | Jefferson | Sig Sauer | P320 X-Five | 9 | Pistol | 58J482778 | Everything Concealed Carry |
| 61 | 8/19/2023 | Jefferson | Radical | RF 15 | 5.56 | Pistol | 2-066506 | River City Firearms |
| 62 | 8/19/2023 | Jefferson | Radical | RF 15 | 5.56 | Pistol | 2-066364 | River City Firearms |
| 63 | 8/19/2023 | Jefferson | ATI | Milsport | 5.56 | Rifle | MSA115210 | River City Firearms |
| 64 | 8/19/2023 | Jefferson | ATI | Milsport | 5.56 | Rifle | MSA114258 | River City Firearms |
| 65 | 8/19/2023 | Jefferson | ATI | Milsport | 5.56 | Rifle | MSA109304 | River City Firearms |
| 66 | 8/19/2023 | Jefferson | ATI | Milsport | 5.56 | Rifle | MSA115389 | River City Firearms |
| 67 | 8/22/2023 | Jefferson | Glock | 34Gen5 | 9 | Pistol | BXBB602 | Cabela's |
| 68 | 8/22/2023 | Jefferson | Glock | 34Gen5 | 9 | Pistol | BZCZ541 | Cabela's |
| 69 | 8/22/2023 | Jefferson | Radical | RF 15 | 5.56 | Pistol | 2-067044 | River City Firearms |
| 70 | 8/22/2023 | Jefferson | Radical | RF 15 | 5.56 | Pistol | 2-066582 | River City Firearms |
| 71 | 8/24/2023 | Jefferson | Glock | 17GEN5 | 9 | Pistol | BYYU067 | Everything Concealed Carry |
| 72 | 11/3/2023 | Jefferson | Glock | 19X | 9 | Pistol | CATK097 | River City Firearms |

9

| 73 | 11/9/2023 | Jefferson | Glock | 17L | 9 | Pistol | CCAF874 | Everything Concealed Carry |
| 74 | 11/15/2023 | Jefferson | Glock | 17L | 9 | Pistol | CCAF960 | Everything Concealed Carry |
| 75 | 11/15/2023 | Jefferson | Glock | 17L | 9 | Pistol | CCAF961 | Everything Concealed Carry |
| 76 | 11/16/2023 | Jefferson | Glock | 17L | 9 | Pistol | CCAF962 | Everything Concealed Carry |
| 77 | 11/16/2023 | Jefferson | Glock | 17L | 9 | Pistol | CCAF179 | Everything Concealed Carry |
| 78 | 11/16/2023 | Jefferson | Glock | 17L | 9 | Pistol | CCAF903 | Everything Concealed Carry |
| 79 | 11/17/2023 | Jefferson | Glock | 17L | 9 | Pistol | CCAG160 | River City Firearms |
| 80 | 11/17/2023 | Jefferson | Glock | 17L | 9 | Pistol | CCAG161 | River City Firearms |
| 81 | 11/17/2023 | Jefferson | Glock | 17L | 9 | Pistol | CCAG163 | River City Firearms |
| 82 | 11/25/2023 | Jefferson | Radical | RF-15 | 556 | AR-Pistol | 2-005975 | River City Firearms |
| 83 | 11/28/2023 | Jefferson | Radical | RF-15 | 556 | AR-Pistol | 21-074560 | River City Firearms |
| 84 | 11/28/2023 | Jefferson | Glock | 43X | 9 | Pistol | AHVB651 | Cabela's |
| 85 | 12/19/2023 | Jefferson | S&W | MP15-22 | 22 | Rifle | LBL4781 | Everything Concealed Carry |

e.      On November 17, 2023, seven firearms with several magazines were discovered in a container by CBP in Houston, Texas. The firearms and magazines were concealed in a container shipped by Luis Garcia. The destination for the firearms was Honduras. Garcia does not have a license to ship firearms. Garcia further knew that these firearms could not be exported from the United States to Honduras without permission from the U.S. Government. Garcia knew that the firearms were purchased for export to Honduras. Garcia did not apply for or obtain a license from the U.S. Department of Commerce to export firearms to Honduras. The following are the firearms Garcia attempted to ship to Honduras:

| Count | Firearm | Serial Number |
|---|---|---|
| 86 | Beretta, Model FS92, 9-millimeter caliber handgun | A298016Z |
| 87 | Beretta, Model FS92, 9-millimeter caliber handgun | A312558Z |
| 88 | Glock, Model 34, Gen 5, 9-millimeter handgun | CAKX415 |
| 89 | Glock, Model 34, Gen 5, 9-millimeter handgun | BZCZ541 |

10

| 90 | Glock, Model 34, Gen 5, 9-millimeter handgun | BXBB602 |
| 91 | Beretta, Model M9A3, 9-millimeter caliber handgun | B041864Z |
| 92 | Glock, Model 17, Gen 5, 9-millimeter handgun | BYYU067 |

f.      On January 12, 2024, a controlled buy from Garcia for one firearm, a Glock, Model 17L, 9-millimeter pistol, bearing serial number CCAF960 was conducted by ATF. The firearm sold to ATF was purchased in Jefferson County, Kentucky.

4.      Defendant understands that the charges to which he will plead guilty carry the following terms:

Counts 1-2 (each count): Maximum term of imprisonment of 5 years, a maximum fine of $250,000, and a maximum 3-year term of supervised release.

Counts 3-85 (each count): Maximum term of imprisonment of 10 years, a maximum fine of $250,000, and a maximum 3-year term of supervised release.

Count 86-92 (each count): Maximum term of imprisonment of 10 years, a maximum fine of $250,000, and a maximum 3-year term of supervised release.

5.      Defendant understands that an additional term of imprisonment may be ordered if the terms of the supervised release are violated, as explained in 18 U.S.C. § 3583. Defendant understands that as a result of the charges to which he will plead guilty he may be ordered to forfeit property or proceeds as explained in the Indictment.

6.      Defendant recognizes that pleading guilty may have consequences with respect to his immigration status if he is not a citizen of the United States. Under federal law, a broad range of crimes are removable offenses, which may include the offense to which Defendant is pleading guilty. In addition, if he is a naturalized citizen, Defendant acknowledges that certain convictions, which may include Defendant's conviction, may expose him to denaturalization under federal law. Because removal, denaturalization, and other immigration consequences are handled in separate proceedings, Defendant understands that no one, including his attorney or the U.S. District

11

Court, can predict with certainty how his conviction may affect his immigration, naturalization, or citizenship status. Defendant agrees to plead guilty with a full understanding that this guilty plea may lead to adverse immigration consequences, including denaturalization and possible automatic removal from the United States.

7.　　Defendant understands that if a term of imprisonment of more than one year is imposed, the Sentencing Guidelines require a term of supervised release and that he will then be subject to certain conditions of release. §§5D1.1, 5D1.2, 5D1.3.

8.　　Defendant understands that by pleading guilty, he surrenders certain rights set forth below. Defendant's attorney has explained those rights to him and the consequences of his waiver of those rights, including the following:

A.　　If Defendant persists in a plea of not guilty to the charges against him, he has the right to a public and speedy trial. The trial could either be a jury trial or a trial by the judge sitting without a jury. If there is a jury trial, the jury would have to agree unanimously before it could return a verdict of either guilty or not guilty. The jury would be instructed that defendant is presumed innocent and that it could not convict him unless, after hearing all the evidence, it was persuaded of defendant's guilt beyond a reasonable doubt.

B.　　At a trial, whether by a jury or a judge, the United States would be required to present its witnesses and other evidence against Defendant. Defendant would be able to confront those government witnesses and his attorney would be able to cross-examine them. In turn, defendant could present witnesses and other evidence on his own behalf. If the witnesses for defendant would not appear

voluntarily, he could require their attendance through the subpoena power of the Court.

C.    At a trial, Defendant would have a privilege against self-incrimination and he could decline to testify, without any inference of guilt being drawn from his refusal to testify.  If defendant desired to do so, he could testify in his own behalf.

9.    Defendant understands that the United States Attorney's Office has an obligation to fully apprise the District Court and the United States Probation Office of all facts pertinent to the sentencing process, and to respond to all legal or factual inquiries that might arise either before, during, or after sentencing.  Defendant admits all acts and essential elements of the indictment counts to which he pleads guilty.

10.    The Defendant further understands that he may be responsible for a fine, costs of prosecution, costs of incarceration and supervision which may be required.

11.    Defendant acknowledges liability for the special assessment mandated by 18 U.S.C. § 3013 and will pay the assessment in the amount $9,200 to the United States District Court Clerk's Office by the date of sentencing.

12.    At the time of sentencing, the United States will:

-recommend a sentence of imprisonment at the lowest end of the applicable Guideline Range, but not less than any mandatory minimum term of imprisonment required by law.

-recommend a fine at the lowest end of the applicable Guideline Range, to be due and payable on the date of sentencing.[1]

---

[1] The defendant acknowledges that he has read the Notice and Penalty Pages attached to the Indictment, and that he understands the interest and penalty provisions applicable to the fine imposed and included in the Judgment entered by the Court, said Notice and Penalty Pages are incorporated herein by reference.

13

-recommend a reduction of 3 levels below the otherwise applicable Guideline for "acceptance of responsibility" as provided by §3E1.1(a) and (b), provided the defendant does not engage in future conduct which violates any federal or state law, violates a condition of bond, constitutes obstruction of justice, or otherwise demonstrates a lack of acceptance of responsibility. Should such conduct occur and the United States, therefore, opposes the reduction for acceptance, this plea agreement remains binding and the defendant will not be allowed to withdraw his plea.

-Demand forfeiture of all firearms and ammunition involved in the commission of the offenses, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461.

13.  Defendant agrees to the following waivers of appellate and post-conviction rights:

A.  The Defendant is aware of his right to appeal his conviction and that 18 U.S.C. § 3742 affords a defendant the right to appeal the sentence imposed. Unless based on claims of ineffective assistance of counsel or prosecutorial misconduct, the Defendant knowingly and voluntarily waives the right to directly appeal his conviction and the resulting sentence pursuant to Fed. R. App. P. 4(b) and 18 U.S.C. § 3742.

B.  The Defendant is aware of his right to contest or collaterally attack his conviction and the resulting sentence under 28 U.S.C. § 2255 or otherwise. Unless based on claims of ineffective assistance of counsel or prosecutorial misconduct, Defendant knowingly and voluntarily waives any collateral attack argument; and

C.  The defendant knowingly and voluntarily agrees to limit any motion for compassionate release for extraordinary and compelling reasons, pursuant to 18 U.S.C. §3582(c)(1)(A)(i), that the defendant may file in the future to the grounds listed in USSG §1B1.13(b)(1)-(5). The defendant knowingly and voluntarily waives the option to move for compassionate release based on any non-retroactive change in the law, including as provided for USSG §1B1.13(b)(6) ("Unusually Long Sentence").

14.    This Agreement is entered into by the United States on the basis of the express representation of defendant that he is making a full and complete disclosure of all assets over which he exercises control. Conditioned upon such full disclosure, the United States agrees not to seek

14

the seizure/forfeiture of any of defendant's assets other than those specifically delineated in this Agreement. This Agreement does not bind the Internal Revenue Service from the collection of taxes.

15. Defendant agrees to the forfeiture of any interest he or his nominees may have in the following assets which he owns or over which he exercises control: 38 firearms with serial numbers listed in paragraph 22 of the Indictment, which is incorporated here by reference.

16. Defendant agrees to waive any double jeopardy challenges that defendant may have to any administrative or civil forfeiture actions arising out of the course of conduct that provide the factual basis for this Indictment. Defendant further agrees to waive any double jeopardy challenges that defendant may have to the charges in this Indictment based upon any pending or completed administrative or civil forfeiture actions.

17. Defendant waives and agrees to waive any rights under the Speedy Trial Act and understands and agrees that sentencing may be delayed. The reason for such waiver is so that at sentencing the Court will have the benefit of all relevant information.

18. Defendant agrees not to pursue or initiate any civil claims or suits against the United States of America, its agencies or employees, whether or not presently known to defendant, arising out of the investigation or prosecution of the offenses covered by this Agreement.

19. The defendant hereby waives all rights, whether asserted directly or by a representative, to request or receive from any department or agency of the United States any records pertaining to the investigation or prosecution of this case, including without limitation any records that may be sought under the Freedom of Information Act, 5 U.S.C. § 552, or the Privacy Act of 1974, 5 U.S.C. § 552a.

20.    Defendant agrees to interpose no objection to the United States transferring evidence or providing information concerning defendant and this offense, to other state and federal agencies or other organizations, including, but not limited to the Internal Revenue Service, other law enforcement agencies, and any licensing and regulatory bodies, or to the entry of an order under Fed. R. Crim. P. 6(e) authorizing transfer to the Examination Division of the Internal Revenue Service of defendant's documents, or documents of third persons, in possession of the Grand Jury, the United States Attorney, or the Criminal Investigation Division of the Internal Revenue Service.

21.    Defendant agrees to forfeit and abandon any right to any and all evidence and property seized during the course of this investigation (including but not limited to any item subject to forfeiture), and waives any right to seek the return of any property pursuant to Fed. R. Crim. P. 41 or otherwise. Defendant understands and agrees that items seized during the course of this investigation will be destroyed or otherwise disposed of by the seizing law enforcement agency.

22.    Defendant understands and agrees that consistent with the provisions of 18 U.S.C. § 3143, following the change of plea the defendant may be detained pending sentencing.

23.    It is understood that pursuant to Fed. R. Crim. P. 11(c)(1)(B), the recommendations of the United States are not binding on the Court. In other words, the Court is not bound by the sentencing recommendation and defendant will have no right to withdraw his guilty plea if the Court decides not to accept the sentencing recommendation set forth in this Agreement.

24.    Defendant agrees that the disposition provided for within this Agreement is fair, taking into account all aggravating and mitigating factors. Defendant states that he has informed the United States Attorney's Office and the Probation Officer, either directly or through his attorney, of all mitigating factors.

25.     This document and the supplemental plea agreement state the complete and only Plea Agreements between the United States Attorney for the Western District of Kentucky and defendant in this case, and are binding only on the parties to this Agreement, supersedes all prior understandings, if any, whether written or oral, and cannot be modified other than in writing that are signed by all parties or on the record in Court.  No other promises or inducements have been or will be made to defendant in connection with this case, nor have any predictions or threats been made in connection with this plea.

AGREED:

KYLE G. BUMGARNER
United States Attorney

By: _____          ___4/23/26_____
Erwin Roberts                                                      Date
Assistant United States Attorney


I have read this Agreement and carefully reviewed every part of it with my attorney.  I fully understand it and I voluntarily agree to it.

_____          ___4/23/26_____
Luis Garcia                                                        Date
Defendant


I am the defendant's counsel.  I have carefully reviewed every part of this Agreement with the defendant.  To my knowledge my client's decision to enter into this Agreement is an informed and voluntary one.

_____          ___4/23/24_____
William Butler                                                    Date
Counsel for Defendant


KGB:ER

17