UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                          PLAINTIFF

v.                                        CRIMINAL ACTION NO.  3:25-CR-131-DJH

**LUIS GARCIA**                                                  DEFENDANT

SENTENCING MEMORANDUM
*-Filed Electronically-*

Comes the United States of America, by counsel, Assistant United States Attorney Erwin Roberts, and files its sentencing memorandum in this action currently scheduled for a sentencing hearing on August 6, 2026. The United States has received and reviewed the Presentence Investigation Report (PSR) for the above-named defendant and has no objections thereto. In addition, the United States will not call any witnesses at the hearing.

FACTUAL BACKGROUND – OFFENSE CONDUCT

The United States agrees with the factual background and offense conduct as set forth in the final PSR.  (DN 61).

GUIDELINE LEVEL CALCULATION

The United States agrees that the total Guideline Offense Level calculation of 29, as determined by the United States Probation Office (DN 61 PSR, ¶ 37) is calculated correctly.

CRIMINAL HISTORY

The United States agrees with the criminal history calculation prepared by the United States Probation Office of a Criminal History Category I.  (*Id*. at ¶ 45).

SENTENCING FACTORS

This Court must impose a sentence for Mr. Garcia which is sufficient, but not greater than necessary, to comply with the purposes set forth in 18 U.S.C. § 3553(a)(2). That section directs courts to consider the following:

(1)    the nature and circumstances of the offense and the history and characteristics of the defendant;

(2)    the need for the sentence imposed–

        (A)    to reflect the seriousness of the offense, to promote respect for the law, and to provide just punishment for the offense;

        (B)    to afford adequate deterrence to criminal conduct;

        (C)    to protect the public from further crimes of the defendant; and

        (D)    to provide the defendant with needed educational or vocational training, medical care, or other correctional treatment in the most effective manner;

(3)    the kinds of sentences available;

(4)    the kinds of sentence and the sentencing range established for--

        (A)    the applicable category of offense committed by the applicable category of defendant as set forth in the guidelines–

        . . .

(5)    any pertinent policy statement--

        . . .

(6)    the need to avoid unwarranted sentence disparities among defendants with similar records who have been found guilty of similar conduct; and

(7)    the need to provide restitution to any victims of the offense.

It is the position of the United States that a sentence in keeping with the Rule 11(c)(1)(B) plea agreement between the parties, and to be addressed further at the sentencing hearing, would accomplish the sentencing purposes of 3553(a). Therefore, should the Court also agree, the United States respectfully requests that the Court accept the terms of the "B" plea agreement and the sentence which will be requested at the time of sentencing.

## CONCLUSION

WHEREFORE, based on the reasons set forth above, the United States respectfully requests the Court to impose a sentence in keeping with the agreement of the parties.

Respectfully submitted,

KYLE G. BUMGARNER
United States Attorney

*s/Erwin Roberts*
Erwin Roberts
Assistant United States Attorney
717 West Broadway
Louisville, Kentucky  40202
Office:  (502) 582-5911
Email: Erwin.roberts@usdoj.gov

CERTIFICATE OF SERVICE

It is hereby certified that on July 27, 2026, the foregoing was electronically filed with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to counsel for defendant.

/ s/ Erwin Roberts
Erwin Roberts
Assistant United States Attorney