**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**

**UNITED STATES OF AMERICA**                                        **PLAINTIFF**

**VS.**                                        **NO.: 3:25-cr-00131-DJH**

**DEFENDANT GARCIA'S SENTENCING MEMORANDUM**

*ELECTRONICALLY FILED*

**LUIS GARCIA**                                        **DEFENDANT**

* * * * * * * * * *

Comes the Defendant, LUIS GARCIA, by counsel, WILLIAM M. BUTLER, JR. and submits his sentencing memorandum.

Luis Garcia has entered a guilty plea to all counts of his indictment. He has accepted full responsibility and admitted to using poor judgment in not obtaining a Federal Firearms License.

He was born in Fort Pierce, Florida on February 14, 1997. Growing up he and his family depended on food pantries and received shoes and clothing from local churches. His father was often gone for work. He dropped out of school at a young age and began work to help the family. He is not sure how much school he completed and has since tried to obtain a GED but has not been able to pass the test.

He speaks both English and Spanish and has worked in cell phone sales and repairs and in car sales and other customer service jobs.

At the time he was taken into custody for violation of his release orders, he was caring for his father who has stage 4 liver cancer.

## PRIOR CRIMINAL HISTORY

Although factually correct, the defense believes the one point he was assessed for misuse of 911 when he was approximately 18 years and 2 months of age causes his criminal history to be overstated at 1.  He says that he served 4 hours in jail and entered a guilty plea after which the case was concluded.  Because of those facts, the defense believes that Luis Garcia should be given a 2-point credit on his guideline calculation.

## GUIDELINE CALCULATION

Adjusted offense calculation of 32 with an acceptance of responsibility of minus 3 and a zero-point offender subtraction of minus 2 equals 27.  The guideline range for 27 is 70 to 87 months instead of the guideline range for 29 which is 87 to 108 months. The Judiciary Sentencing Information from ¶74 of the PSR for all individuals is guideline range 29, the average sentence imposed was 67 months.

## CONCLUSION

The Defendant requests that the Court take notice of his family background and the case which caused him to be a criminal history 1 as well as the facts of this case and to sentence him to a sentence that is sufficient but not greater than necessary to meet the ends of justice.

Respectfully submitted,


s/ WILLIAM M. BUTLER, JR.
William M. Butler, Jr.
500 West Jefferson Street
Suite 1520
Louisville, Kentucky 40202
(502) 582-2020 telephone
(502) 583-8007 fax
Email: wmb@kycriminallawyer.com

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 27, 2026 I filed the above document through the ECF System, which will send a notice of electronic filing to the Honorable Erwin Roberts, Assistant United States Attorney at email: erwin.roberts@usdoj.gov and to all counsel of record.

s/ WILLIAM M. BUTLER, JR.
William M. Butler, Jr.